George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Robert Melotte*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Robert Melotte,<br><br>                    Plaintiff,<br>v.<br><br>Experian Information Solutions, Inc.;<br>Equifax Information Services LLC;<br>Clarity Services, Inc.;<br>Backgroundchecks.com LLC and<br>CarMax,<br><br>                    Defendants. | Case No.: 2:24-cv-02360 -JAD-BNW<br><br>**Stipulation and Order for dismissal of Equifax Information Services LLC with prejudice.**<br><br>ECF No. 20 |

      Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Robert Melotte and Equifax Information Services LLC stipulate to dismiss Plaintiff's claims against Equifax Information Services LLC with prejudice.

///

///

///

///

_____

STIPULATION                                      - 1 -

1 | Each party will bear its own costs, disbursements, and attorney fees.

2 | Dated: March 11, 2025.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Robert Melotte*

**CLARK HILL PLLC**

/s/ *Gia N. Marina*
Gia N. Marina, Esq.
Clark Hill PLLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
*Counsel for Equifax Information Services LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: 3/19/25